**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03091-GPG

MATTHEW CHANNON,

    Applicant,

v.

WILLIAMS, Warden,

    Respondent.

**MOTION TO RESTRICT ACCESS TO MISFILED PRIVILEGED DOCUMENTS**

Respondent moves pursuant to D.C.COLO.LCivR 7.2 for an order to restrict (at a Level 2 restriction) access to information in the Court's record that was inadvertently misfiled. That misfiled information is protected by the attorney-client and attorney-work-product privileges and also contains law enforcement sensitive information concerning the operation of the United States Penitentiary – Administrative Maximum ("ADX"). Because Applicant is an inmate in federal custody who is representing himself, undersigned counsel did not consult with him before filing this motion. *See* D.C.COLO.LCivR 7.2(b)(1).

Respondent provides the following information in accordance with Local Rule 7.2.

On December 11, 2019, Respondent filed a preliminary response in this matter. *See* ECF No. 10. Appended to the preliminary response was a declaration by Federal Bureau of Prisons ("BOP") legal assistant Paula Trujillo. ECF No. 10-1 at 1-6. Inadvertently attached to Ms. Trujillo's declaration were two emails that reflect privileged communications involving the United States Attorney's Office and its clients on matters wholly unrelated to the Application.

*Id.* at 7-8. This error appears to have occurred during the scanning process and the documents were mistakenly attached to the filing in this case. Undersigned counsel apologizes to the Court for this error.

Respondent therefore respectfully requests that the Court place a Level 2 restriction on access to ECF No. 10-1 and to accept, as a replacement, the concurrently filed correct version of Ms. Trujillo's declaration and accompanying attachment. *See* Local Rules 7.2(c)(1) ("identify the document or the proceeding for which restriction is sought"), (c)(5) ("identify the level of restriction sought"). In this context, where information that is both privileged and law enforcement sensitive has been mistakenly exposed, restricting access to that information to the Court and the filing party is warranted.

Respondent's interest—and that of the Department of Justice—in protecting privileged emails involving the United States Attorney's Office and its clients outweighs the presumption of public access. *See* Local Rule 7.2(c)(2) ("address the interest to be protected and why such interest outweighs the presumption of public access"). The documents reflect a client's request for a legal opinion, as well as an analysis by a BOP official that includes law enforcement sensitive information concerning the monitoring of ADX inmates. These matters are completely extraneous to the case at hand. Critically, the widespread dissemination of these documents would unnecessarily expose to the general public both privileged communications and the BOP's monitoring techniques. *See* Local Rule 7.2(c)(3) ("identify a clearly defined and serious injury that would result if access is not restricted"); *cf.* Fed. R. Civ. P. 26(b)(5)(B) (providing for return, sequestration, or destruction of inadvertently produced privileged information). Moreover, because the emails are privileged in their entirety, it is neither appropriate nor feasible to present them in redacted form. *See* Local Rule 7.2(c)(4).

For these reasons, Respondent respectfully requests that the Court place a Level 2 restriction on access to docket entry 10-1 and accept a corrected version of that docket entry that is filed concurrently with this motion.

Dated December 19, 2019.

    Respectfully submitted,

    JASON R. DUNN,
    United States Attorney

    *s/ J. Benedict García*
    J. Benedict García
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Phone: (303) 454-0100
    Email: j.b.garcia@usdoj.gov
    Attorney for Respondent

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 19, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

None.

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant(s) in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

<u>Applicant:</u>
Matthew Channon
PRO SE
#72031-051
Florence Federal Prison Camp
Inmate Mail/Parcels
Po Box 5000
Florence, CO  81226

<u>Agency Counsel:</u>
Ian Guy, Attorney Advisor
*Via email*

                                                        s/ *Leah Butler*
                                                        United States Attorney's Office